# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation* | Case No.: 1:14-ml-2570-RLY-TAB <br><br> MDL No.: 2570 |
| This document relates to: <br><br> **AISHA RHINEHART** <br><br> *Plaintiff* <br><br> v. <br><br> **COOK INCORPORATED**, *et al.* <br><br> *Defendants* | Case No.: 1:16-cv-1421 <br><br> Judge: Hon. Richard L. Young <br><br> <u>NOTICE OF SUBSTITUTION OF COUNSEL</u> |

To the Clerk of Court:

    Attorney James G. O'Brien will no longer be involved with this matter. Please enter my withdrawal as counsel for Plaintiff consistent with Local Rule 83.7(c)(4).

    Attorney Carasusana B. Wall will continue to represent Plaintiff and has already entered appearances.

December 7, 2018          Respectfully Submitted,

                                      /s/ James G. O'Brien
                                      James G. O'Brien (0088460)
                                      O'BRIEN LAW, LLC
                                      3763 Sulphur Spring Road
                                      Ottawa Hills, Ohio 43606
                                      Tel.: (419) 930-6401
                                      Fax: (419) 930-6403
                                      Email: jim@obrien.law

## **CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing **Notice of Substitution of Counsel** upon all counsel of record by filing a copy on the electronic case management system on this date.

December 7, 2018          <u>*/s/ James G. O'Brien*</u>
                          James G. O'Brien (0088460)